IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JETTIE SONGO,**

      **Plaintiff,**

  V.                              CASE  NO. C2-11-510
                                  JUDGE EDMUND A. SARGUS, JR.
                                  MAGISTRATE JUDGE MARK R. ABEL

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

## ORDER

The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

6-13-2011
_____
**DATE**

                                                _____
                                                **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**